# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D24-1861
Lower Tribunal No. F24-10932

————————

**Armand N. Perreault,**
Appellant,

vs.

**Ricky Dixon, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Armand N. Perreault, in proper person.

Alex Arthur Christiano (Tallahassee), Senior Attorney, for appellee Florida Commission on Offender Review.

Kelly R. Forren (Tallahassee), Assistant General Counsel, for appellee Ricky Dixon, Secretary, Florida Department of Corrections.

Before FERNANDEZ, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed.  See <u>Griffith v. Fla. Parole & Prob. Comm'n</u>, 485 So. 2d 818, 820 (Fla. 1986) ("[J]udicial review is still available through the common law writs of mandamus, for review of [presumptive parole release dates], and habeas corpus, for review of effective parole release dates."); <u>Harris v. State</u>, 133 So. 3d 1169, 1171 n.2 (Fla. 3d DCA 2014) ("[W]here the petition seeks to challenge the Parole Commission's determination of a petitioner's presumptive parole release date[,] [t]he proper venue . . . is in the Leon County Circuit Court (Tallahassee), where the Commission is headquartered."); Fla. R. Civ. P. 1.060(a) ("If it should appear at any time that an action is pending in the wrong court of any county, it may be transferred to the proper court within said county . . . .").